John A. Zelko, for Use of Theodore W. Oostema, Plaintiff-Appellee, v. Homewood Savings and Loan Association, Defendant-Appellant, and Howard W. Jones and Harriet Jones, Defendants.

Gen. No. 11,207. 

Second District, First Division.

February 17, 1959.

Released for publication March 6, 1959.

 Burton Evans, and Shutts and Shutts, for appellant; Vincent J. Biskupic, and Herschbach, Tracy & Gnadinger, for appellee. Opinion by JUSTICE DOVE. Not to be published in full.